# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

IN RE: INFOSONICS CORPORATION
SECURITIES LITIGATION,

CASE NO. 06cv1231 BTM(WMc)

**ORDER GRANTING REQUEST FOR
ORAL ARGUMENT**

        Plaintiffs have requested oral argument on Defendants' motion to dismiss Plaintiffs'
Consolidated Amended Class Action Complaint.  Plaintiffs' request is **GRANTED**.  The
hearing on the motion to dismiss is **CONTINUED** to **June 20, 2007 at 10:00 a.m.**, at which
time the Court will entertain oral argument.

**IT IS SO ORDERED.**

DATED:  June 7, 2007

Hon. Barry Ted Moskowitz
United States District Judge

1