UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: INFOSONICS SECURITIES LITIGATION | Case No. 06-CV-1231-BTM (WMC) |
| | <u>CLASS ACTION</u> |
| | **ORDER CONTINUING HEARING AND ORAL ARGUMENT ON DEFENDANTS' MOTION TO DISMISS CONSOLIDATED CLASS ACTION COMPLAINT** |
| This Document Relates To: | Courtroom: 15 |
| ALL ACTIONS. | Judge: Honorable Barry Ted Moskowitz |

The Court continues hereby **GRANTS** the joint motion to continue the hearing and oral argument on Defendants' Motion to Dismiss Consolidated Class Action Complaint to **July 24, 2007 at 4:00 p.m.**

   **IT IS SO ORDERED.**

DATED: June 19, 2007

_____
Hon. Barry Ted Moskowitz
United States District Judge