UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re INFOSONICS SECURITIES LITIGATION | ) ) ) ) ) ) ) | Civil No.06cv1231 JLS (WMc) **ORDER SETTING EARLY NEUTRAL EVALUATION / SETTLEMENT CONFERENCE** |

In accordance with this Court's October 5, 2007 Order [Doc. No. 99.], an all day Early Neutral Evaluation / Settlement Conference will be held in the above-entitled matter on **November 16, 2007** at **10:00 a.m.** in the chambers of the Honorable William McCurine, Jr., United States Magistrate Judge, 940 Front Street, Courtroom C, San Diego, California, 92101.  **Absent extraordinary circumstances, requests for continuances will <u>not</u> be considered *unless* submitted in *writing* no less than fourteen (14) days prior to the scheduled conference.**

Pursuant to Local Rule 16.1(c) of the Local Rules of the United States District Court for the Southern District of  California, **all named parties, all counsel, and any other person(s) whose authority is required to negotiate and enter into settlement shall appear <u>in person at the confer-ence,</u>** shall be prepared to discuss the claims and defenses, and shall be legally and factually prepared to discuss and resolve the case at the Early Neutral Evaluation conference.  Full authority to settle means that the individual present at the settlement conference has the unfettered discretion and authority to: 1) fully explore settlement options and to agree at that time to any settlement options; 2) agree at that time

1

to any settlement terms acceptable to the parties; 3) change the settlement position of a party; and 4) negotiate monetary awards without being restricted to a specific sum certain.

**The parties are required to lodge** a Settlement Conference Statement with chambers on a confidential basis no later than **November 9, 2007 to efile_mccurrine@casd.uscourts.gov.**

**IT IS SO ORDERED.**

DATED: October 11, 2007

Hon. William McCurine, Jr.
U.S. Magistrate Judge, U.S. District Court

Copy to:

HONORABLE JANIS L. SAMMARTINO, U.S. DISTRICT JUDGE

ALL COUNSEL OF RECORD

2

06cv1231 JLS (WMc)